**Andre Lamar WOODY, on behalf of himself and all others similarly situated, Plaintiff–Appellant,**

v.

**State of NORTH CAROLINA; Mike F. Easley; Lexis Publishing; Nancy S. Nash, Defendants–Appellees.**

No. 07–7693.

United States Court of Appeals, Fourth Circuit.

Submitted: March 20, 2008.

Decided: April 17, 2008.

Andre Lamar Woody, Appellant Pro Se.

Before GREGORY and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

PER CURIAM:

Andre Lamar Woody appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice under 28 U.S.C. § 1915(e)(2)(B) (2000) and denying reconsideration. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court.* *See Woody v. North Carolina,* No. 2:07–cv–00032–D, 2007 WL 3530513 (E.D.N.C Oct. 3 and Nov. 9, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* We also deny Woody's request for mandamus relief.